UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60467-CIV-SMITH

GENORI MCCORMACK,

    Plaintiff,

v.

HILTON RESORTS
CORPORATION, *et al.*,

    Defendants.

_____/

## ORDER

This cause came before the Court *sua sponte*. On April 23, 2024, the Court granted Plaintiff's Motion to Delay Date of Scheduling Report Filing and required the parties to file their Joint Scheduling Report by May 8, 2024. (*See* Order [DE 43].) The Court also required Plaintiff to ensure the parties' compliance with the Order. (*Id.* ¶ 2.) Plaintiff failed to do so. On May 10, 2024, the Court issued another Order [DE 50] requiring the parties to file their Joint Scheduling Report by May 17, 2024. The Court advised the parties that failure to comply with the Order would result in dismissal of the case without further notice. On May 17, 2024, Defendants filed a Notice of Attempted Compliance stating that "Plaintiff has not responded to efforts from Defendants to engage in a Rule 26(f) conference and prepare a Joint Scheduling Report, has not contacted Defendants regarding scheduling a Rule 26(f) conference or preparing a Joint Scheduling Report, or otherwise made any efforts of her own to prepare a Joint Scheduling Report, to Defendants' knowledge." (*See* [DE 51].) Indeed, a review of the record indicates that no Joint Scheduling Report has been filed. Accordingly, it is

**ORDERED** that:

1. Plaintiff's claims against Defendants are **DISMISSED without prejudice**.

2. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of May, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   counsel of record